**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7913

ANTHONY KOLAWOLE OJO,

Plaintiff - Appellant,

versus

RAY GEORGE, Unit Manager; MICHAEL JONES, Case
Counselor; Q. WOODWARD, JR., Case Counselor,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-94-1611-9-6-JC)

Submitted:  September 20, 1996        Decided:  October 2, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony Kolawole Ojo, Appellant Pro Se.  Joseph Parkwood Griffith,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's report and recommendation. We dismiss the appeal for lack of jurisdiction because the report and recommendation is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument and deny Appellant's motion for the appointment of counsel because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2